208

SMITH, Appellant, vs. WEIGAND and another, Respondents.

*February 12—March 10, 1931.*

For the appellant there were briefs by *Alexander Wiley* and *Robert L. Wiley,* both of Chippewa Falls, and oral argument by *Alexander Wiley.*

*Roy P. Wilcox* of Eau Claire, for the respondents.

NELSON, J. This case, and the case of Anna Kruse v. Arthur J. Weigand and Ray Wilcox, decided herewith (*ante,* p. 195, 235 N. W. 426), were tried together. This case, therefore, is ruled by the decision in the case in which Anna Kruse was plaintiff.

*By the Court.*—Judgment affirmed. No costs to be taxed, except clerk's fees to be taxed against appellant.

SMITH, Appellant, vs. WEIGAND and another, Respondents.

*February 12—March 10, 1931.*

For the appellant there were briefs by *Alexander Wiley* and *Robert L. Wiley,* both of Chippewa Falls, and oral argument by *Alexander Wiley.*

*Roy P. Wilcox* of Eau Claire, for the respondents.

NELSON, J. This case, and the case of Anna Kruse v. Arthur J. Weigand and Ray Wilcox, decided herewith (*ante,* p. 195, 235 N. W. 426), were tried together. This case, therefore, is ruled by the decision in the case in which Anna Kruse was plaintiff.

*By the Court.*—Judgment affirmed. No costs to be taxed, except clerk's fees to be taxed against appellant.

WOODARD, Appellant, vs. WEIGAND and another, Respondents.

*February 12—March 10, 1931.*

For the appellant there were briefs by *Larrabee & Larrabee,* and oral argument by *Alexander Wiley,* all of Chippewa Falls.

*Roy P. Wilcox* of Eau Claire, for the respondents.